CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
JEFFREY P. MITCHELL (CABN 236225)
Chief, Criminal Division
BENJAMIN J. WOLINSKY (CABN 305410)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6996
Fax: (415) 436-6570
Email: benjamin.wolinsky@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN LANEY,<br><br>Defendant, | CASE NO. CR 12-0862-003 YGR<br><br>**WRIT OF CONTINUING GARNISHMENT**<br><br>(RETIREMENT ACCOUNT) |
| T. ROWE PRICE RETIREMENT PLAN SERVICES, INC.,<br><br>Garnishee. | |

TO: T. Rowe Price Retirement Plan Services, Inc.
4515 Painters Mill Road
Owings Mills, MD 21117

//

//

//

**YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE UNITED STATES OF AMERICA PROPERTY IN YOUR POSSESSION IN WHICH THE DEFENDANT-JUDGMENT DEBTOR HAS A SUBSTANTIAL NONEXEMPT INTEREST.**

The name, last known address, and last four digits of the social security number of the person who is the defendant-judgment debtor ("defendant") in this action and whose property is subject to this Writ are, as follows:

Kevin Laney
3135 Old Town Road
Three Forks, MT, 59752
Social Security Number (last four digits): XXX-XX-7808

This Writ has been issued pursuant to a stipulation between the United States of America and Kevin Laney, and an order issued pursuant to that stipulation, to enforce the collection of a criminal judgment entered in favor of the United States against the defendant for a debt in the original amount of $ 1,010,603.00. As of July 1, 2026, there is a balance of approximately $65,765.52 on the judgment debt, comprised of $30,901.60 in restitution principal, and $34,863.92 in restitution interest. Interest accrues at the rate of .510% per annum.

The following are the steps that you must take to comply with this Writ. If you have any questions, you should consult with your attorney.

1. Pursuant to 28 U.S.C. § 3205(c)(2)(F) and the terms of the stipulation and order filed in the above referenced case, you must immediately withhold and retain property of the defendant in which the defendant has a substantial nonexempt interest, or if you obtain custody, control, or possession of such property while this Writ is in effect, until you receive instructions from the United States regarding distribution and payment of the property at issue. Such property includes the "Costco 401(k) Retirement Plan" ("Retirement Plan") in the name of Kevin Laney.

2. Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ within **<u>10 days</u>** after service of this Writ upon you. You must answer the Writ even if you do not have in your custody, control, or possession, any property of the defendant. Pursuant to 28 U.S.C. § 3205(c)(4), your answer must state, under oath, the following information:

a. Whether or not you have in your custody, control, or possession, any property

owned by the defendant in which the defendant has a substantial nonexempt interest;

b. a description of such property and the value of such property;

c. a description of any previous garnishments to which such property is subject and the extent to which any remaining property is not exempt; and

d. the amount of the debt you anticipate owing to the defendant in the future and whether the period for payment will be weekly or another specified period.

For your convenience, a form which addresses the above-requested information is attached and may be used to answer the Writ.

3. After you complete the answer under oath, pursuant to 28 U.S.C. § 3205(c)(2)(E) and (c)(4), **within ten (10)** days after service of this Writ upon you, you must **mail or deliver** the original answer bearing the original signature of the person preparing the answer to the Court at the following address:

Clerk, United States District Court
1301 Clay St.
Oakland, CA 94612

At the same time you mail or deliver the original answer to the Court, you must also **mail or deliver** a copy of the original answer to both the defendant and attorney for the United States at the following respective addresses:

Christopher Cannon
c/o Kevin Laney
Sugarman and Cannon
737 Tehama No. 3
San Francisco, CA 94103

Benjamin J. Wolinksy
Assistant U.S. Attorney
450 Golden Gate Avenue, 9th Floor
P.O. Box 36055
San Francisco, CA 94102

Please note that the attached answer form contains a **certificate of service** which needs to be completed by the person mailing the copies of the answer to the defendant and the attorney for the United States, and which needs to be filed with the Court along with the answer.

4. In accordance with the terms of the stipulation and order, you must liquidate the Retirement Plan in an amount that, after any tax withholdings deemed necessary by Garnishee, will yield a payment to Plaintiff of $65,765.52 plus interest which accrues at the rate of $1.63 per day, and shall make the payment to the Clerk, United States District Court, according the instructions in the order.

**IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO ANSWER THE WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT BEFORE THE APPEARANCE DATE. IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT WILL ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEFENDANT'S NONEXEMPT INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE EARNINGS). THE COURT MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AND AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME SPECIFIED HEREIN AND IF THE UNITED STATES FILES A PETITION REQUIRING YOU TO APPEAR.**

MARK B. BUSBY,
Clerk of Court
United States District Court
for the Northern District of California

*Mark B.Busby*

Dated: July 1, 2026 By: Angela Jimenez
Deputy Clerk